UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KAREN Y. BISHOP,

    Plaintiff,

v.

    Case No. 2:11-CV-139
    JUDGE EDMUND A. SARGUS, JR.
    MAGISTRATE JUDGE NORAH MCCANN KING

JP MORGAN CHASE BANK, N.A.,

    Defendant.

## ORDER

The parties have informed the Court that this case has settled. The parties are **DIRECTED** to file a notice of dismissal with prejudice within thirty (30) days. Said dismissal is to be filed on or before **September 13, 2012**.

IT IS SO ORDERED.

_8-13-2012_
DATED

_[signature]_
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE